NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAMUEL F. MATTSON,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7118

---

Appeal from the United States Court of Appeals for Veterans Claims in 08-0285, Judge William P. Greene, Jr.

---

**ON MOTION**

---

## ORDER

Samuel F. Mattson submits a letter that the court construes as a motion for an extension of time to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  Mattson's brief is due within 45 days of the date of filing of this order.

FOR THE COURT

__JUN 0 2 2011__                    /s/ Jan Horbaly
Date                               Jan Horbaly
                                   Clerk

cc:  Samuel F. Mattson (Informal Brief Form Enclosed)
     Michael D. Snyder, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 0 2 2011

**JAN HORBALY**
**CLERK**